### 17706. DURRENCE *v.* THE STATE.

LUKE, J. There was ample evidence to authorize the conviction of the accused, and the verdict has the approval of the trial judge. Neither of the special grounds of the motion for a new trial, the one assigning error upon an excerpt from the charge of the court, and the other based upon newly discovered evidence, requires a reversal. The defendant has had a legal trial.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Possessing liquor; from McIntosh superior court—Judge Sheppard. September 18, 1926.

*H. H. Elders,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 252, n. 16; p. 271, n. 41.